In re Lowenburg, Thomas P. et al.; Adamo, Martin; Baxter, Vern K.; Carter, Philip D.; Gordon, Bernard; Levine, Leonard; Madison, Ivory S.; Miller, Donetta Dunn; Maison St. Charles L.L.C. d/b/a; Quality Inn Maison St. Charles; Alliance for Affordable Energy;—Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. A, Nos. 2002-14176, 01-19258; to the Court of Appeal, Fourth Circuit, No(s). 2003-CA-0809, 2003-CA-0902.
Denied.